# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Qwest Government Services, Inc. | ) ASBCA No. 61852 |
| d/b/a CenturyLink QGS | ) |
| | ) |
| Under Contract No. GS00T07NSD0040 | ) |

APPEARANCE FOR THE APPELLANT:  Rocky J. Galloway, Esq.
                              Associate General Counsel

APPEARANCES FOR THE GOVERNMENT:  William E. Brazis, Jr., Esq.
                                 DISA General Counsel
                                 Colleen M. Eagan, Esq.
                                 Vera A. Strebel, Esq.
                                 Trial Attorneys
                                 Defense Information Systems Agency
                                 Scott Air Force Base, IL

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 1, 2019

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61852, Appeal of Qwest Government Services, Inc. d/b/a CenturyLink QGS, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals